Richard J. Cino, Esq. (Bar ID 035121990)
Eliza L. Lloyd, Esq. (Bar ID 111352014)
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890
ATTORNEYS FOR DEFENDANT CARVANA, LLC

<div style="text-align:center;">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| IRVING BODINE III, | : |
| Plaintiff, | : Hon. _____, U.S.D.J. |
| v. | : Civil Action No. __ - _____ (__/__) |
| CARVANA MOTOR CORPORATION; CARVANA LLC and JOHN DOES 1-5 AND 6-10, | : **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| Defendants. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Carvana, LLC, certifies that: (i) it is a non-governmental entity; and (ii) it is a subsidiary of Carvana Group, LLC, which is a subsidiary of Carvana Co., a publicly-traded corporation.

<div style="margin-left: 40%;">

Respectfully submitted,

JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960

By:   /s/ Richard J. Cino
      Richard J. Cino
      Eliza L. Lloyd
      Attorneys for Defendant Carvana, LLC

</div>

Dated:  August 31, 2018
428648
4853-2951-3072, v. 2